UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.  Case No.: 18-20393-CR-MGC
1:18-MJ-02629-EGT

SANDRA RUBALLO and
CARLOS MONTOYA,

    Defendants.
_____/

**SANDRA RUBALLO'S DOCUMENTS IN SUPPORT OF SATISFACTION OF *NEBBIA* REQUIREMENT**

COMES NOW, the defendant Sandra Ruballo by and through her undersigned counsel and hereby provides the below listed documents in support of the *Nebbia* requirement placed on the bond in this matter by Magistrate Judge Patrick A. White on May 1, 2018. Undersigned counsel has conferred with Assistant Untied States Attorney Anne McNamara who had previously agreed to a portion of the bond ($47,000) being in compliance with *Nebbia* but does not agree to stipulate to *Nebbia* being satisfied for the remaining $54,000. Therefore, undersigned counsel set this matter for a hearing before this court and is providing all documents for this court's consideration in advance of the hearing.

1. On May 1, 2018, after a hearing was held, this Court determined that the defendant, Sandra Ruballo, was entitled to a bond and set that bond at $500,000 20% bond with two co-signors and a *Nebbia* condition.



RATZAN & FACCIDOMO LLC     1450 Brickell Avenue, Suite 2600, Miami, FL 33131-2342
Tel. 305.374.5730 | Fax. 305.374.6755

2. The $100,000[1], 20% of the $500,000 bond, is made up of two payments. $46,000 is from a line of credit (open end mortgage) from PNC Bank that was taken out on the defendant and her husband's home located at 1485 SW 97th Way, Davie Florida 33324. The balance of the funds, $54,000, will be withdrawn as a complete cash out of the defendant's IRA retirement plan that is currently valued at $61,270.02 and is held and invested by Oppenheimer Funds. The bond will be co-signed by the defendant's husband Ronaldo Ruballo who is a United States Citizen and has been married to Sandra Ruballo for the past 6 years. They have known each other since they were sixteen years old. Mr. Ruballo owns his own company and is the co-owner and obligor on the home and the line of credit. The second co-signor on the bond is the defendant's mother Silvia Solorzano who is also a United States Citizen and who resides in Cape Coral Florida.

3. Attached to this pleading are documents listed as Composite Exhibit "A" relating to the defendant's residence and the line of credit. In May of 2011 Sandra Ruballo and her children moved into the residence in Davie Florida. Initially, Mrs. Ruballo leased the home with an option to buy. In 2013 Sandra and Ronaldo Ruballo purchased the home from the owner for

---

[1] The money deposited to satisfy the 20% bond will be assigned to undersigned counsel to help satisfy legal fees for representation in this matter.



1450 Brickell Avenue, Suite 2600, Miami, FL 33131-2342
Tel. 305.374.5730 | Fax. 305.374.6755

$375,000. In 2016, they refinanced the home for a 30 year mortgage term. The loan documents (attached in composite exhibit A) list the appraised value of the home at $400,000. In March of 2018, Sandra and Ronaldo Ruballo took an open-end mortgage/ home equity line of credit on their home through PNC Bank (the Choice Home Equity Line of Credit agreement and Disclosure Statement and the Florida Documentary Tax documents are attached hereto in composite exhibit A). The total line of credit was $110,000. Sandra Ruballo had previous debts totaling $62,805.00. Accordingly, only $47,000 remains available on the $110,000 line of credit. On May 2, 2018 the $47,000 was withdrawn from the line of credit and will be will be posted with the clerk of the court to satisfy a portion of the 20% bond. (see Summary Account Activity from Home Equity Credit Line attached in composite exhibit A)

4. As stated above, undersigned counsel had previously spoken with Assistant United States Attorney Anne McNamara about the defendant's residence located at 1485 Southwest 97th Way in Davie, Florida being used for the bond. The government had no objection to the residence (or the defendant's Cape Coral duplex) being used to support the bond and satisfy *Nebbia*. Therefore only the balance of $53,000 remains at issue for this court's *Nebbia* determination.



RATZAN & FACCIDOMO LLC

1450 Brickell Avenue, Suite 2600, Miami, FL 33131-2342
**Tel.** 305.374.5730 | **Fax.** 305.374.6755

5. Sandra Ruballo has been employed as the Executive Director of Highland Food Resources, Inc, a not for profit corporation, since 2002. She is compensated by the State of Florida and her salary and her employees salaries are regulated and set by law. As part of every employees' payroll compensation, 4% of the total gross of their salary is automatically contributed by Highland Food Resources to a retirement plan through a SEPP (Simplified Employee Pension Plan). All employee salary retirement contributions were held by Highland and submitted directly to the investment company- Oppenheimer Funds. Sandra Ruballo has been receiving retirement plan contributions since January 2005.

6. The current market value of Sandra Ruballo's payroll compensation retirement contribution as of March 31, 2018 is $61,270.02 (See January 1-March 31, 2018 Account Statement from Oppenheimer Funds for Sandra Ruballo attached hereto as exhibit "B"). When Sandra Ruballo withdraws the funds from Oppenheimer to support this bond she will be assessed an automatic 10% penalty (approximately $6,127) and she will be responsible for the taxes on those funds as well. If the market value remains at or around the same as the last statement received and attached hereto and with the penalties assessed off the top there will be

approximately $55,143.018 available to post with the clerk of the court to satisfy the remaining $53,000 of the bond.

WHEREFORE, undersigned counsel requests this court enter an order finding the *Nebbia* condition has been satisfied by the following sources and are not illegally derived and therefore the bond to secure the release of Sandra Ruballo may be posted:

1) $47,000 from a home equity line of credit from PNC Bank and

2) $53,000 from Sandra Ruballo's deferred salary retirement plan from Oppenheimer Funds.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was eFiled with the Clerk of the Court by using the CM/ECF system which will send a notice of eFiling to all interested parties this 16th day of May, 2018.

Respectfully submitted,
RATZAN & FACCIDOMO, LLC
ATTORNEYS AT LAW
Suite 2600
1450 Brickell Avenue
Miami, Florida 33131
305 374-5730
305 374-6577 Fax
mycki@rflawgroup.com

By:   s/ Mycki Ratzan
MYCKI RATZAN, ESQUIRE
Florida Bar No. 915238



1450 Brickell Avenue, Suite 2600, Miami, FL 33131-2342
**Tel.** 305.374.5730 | **Fax.** 305.374.6755