**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 18-20393-CR-COOKE(s)**

**UNITED STATES OF AMERICA**

**v.**

**SANDRA RUBALLO and**
**CARLOS MONTOYA,**

                **Defendants.**
_____/

**<u>GOVERNMENT'S PROPOSED EXHIBIT LIST</u>**

       The United States hereby submits the attached proposed exhibit list.  An exhibit set for the

Court can be provided upon request.

                        Respectfully submitted,

                        ARIANA FAJARDO ORSHAN
                        UNITED STATES ATTORNEY

By:    */s/ Lisa H. Miller*
            Lisa H. Miller
            Court ID No. A5502054
            Assistant United States Attorney
            99 NE 4th Street
            Miami, FL 33132
            Tel: (786) 360-9775
            Email:  Lisa.Miller@usdoj.gov

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**                          **GOVERNMENT EXHIBIT LIST**

**v.**

**SANDRA RUBALLO and**
**CARLOS MONTOYA,**                          **CASE NUMBER: 18-20393-CR-**
                                             **COOKE(s)**
                    **Defendants.**

| PRESIDING JUDGE | GOVERNMENT ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| Hon. Marcia G. Cooke | Lisa H. Miller, Daniel J. Marcet Assistant United States Attorneys | Mycki Ratzan, Esq., Jude Faccidomo, Esq., and Rachel Curtis, Esq. for Ruballo; Joseph Rosenbaum, Esq. and Kimberly Acevedo, Esq. for Montoya |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| Trial Beginning March 4, 2019 | | Ivan Marchena |

| GOV. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| **GX 1** | | | | | Summary of three charged wires: May 16, 2013 wire of 845,582.05 to Highland Food Resources, warrant no. 0617543; February 19, 2015 wire of $859,978.11 to Highland Food Resources, warrant no. 0440044; October 19, 2015 wire of $909,098.32 to Highland Food Resources, warrant no. 0212354 |
| **GX 2A** | | | | | FY 2012-2013 Highland Annual Sponsor Re-Certification Signed by Sandra Ruballo on 8/31/2012 |
| **GX 2B** | | | | | CCFP Renewal Approval Letter FY 2012-2013 |
| **GX 3A** | | | | | FY 2014-2015 Highland Annual Sponsor Re-Certification Signed by Sandra Ruballo on 9/2/2014 |
| **GX 3B** | | | | | CCFP Renewal Approval Letter FY 2014-2015 |
| **GX 4A** | | | | | FY 2015-2016 Highland Annual Sponsor Re-Certification Signed by Sandra Ruballo on 9/10/2015 |
| **GX 4B** | | | | | CCFP Renewal Approval Letter FY 2015-2016 |
| **GX 4C** | | | | | Conflict of Interest Certification Signed by Sandra Ruballo on October 9, 2015 |

2

| GX 5A | | | | | Summary of payments from Montoya Holdings Inc. to Highland Food Resources |
|---|---|---|---|---|---|
| GX 5B | | | | | February 10, 2017 letter from Montoya to Highland Food Resources Board of Directors, re: donation of $160,000 "intended to help you in your efforts to continue to be providing efforts to the children of South Florida" |
| GX 5C | | | | | February 15, 2017 letter from Claudia Mosley, Chairman of the Board, thanking Montoya for $160,000 donation, stating "[y]our gift will help us subsidize expenses that are not covered by the programs we currently have." |
| GX 5D | | | | | Summary of source of funds for $160,000 payment from Montoya to Highland and composite of underlying bank records |
| GX 5E | | | | | Summary of funding for and expenditure of $160,000 and composite of underlying bank records |
| GX 5F | | | | | Summary and composite of all other donations to Sandra Ruballo/HFR |
| GX 6A | | | | | Composite of HFR Budgets, 2011-2018 |
| GX 6B | | | | | Sunbiz – corporate documents for G&D |
| GX 6C | | | | | Checks from HFR to G&D, and G&D to Yudy Miranda (composite) |
| GX 6D | | | | | Summary of account activity re HFR/YM/G&D |
| GX 6E | | | | | Sunbiz – corporate documents for Maggio Jr. Enterprises |
| GX 6F | | | | | Checks from HFR to Maggio Jr. Ents. (composite) |
| GX 6G | | | | | Checks from Maggio Jr. Ents. to Advance Concepts (composite) |
| GX 6H | | | | | Summary of account activity re HFR/Maggio Jr. Enterprises/Advance Concepts |
| GX 6I | | | | | Sunbiz – corporate documents for JFS III Inc. |
| GX 6J | | | | | Checks from HFR to JFS III Inc. (composite) |
| GX 6K | | | | | Checks from JFS III Inc. to Advance Concepts LLC (composite) |
| GX 6L | | | | | Summary of account activity re HFR/JFS III/Advance |
| GX 6M | | | | | Advance Concepts LLC bank signature card(s) |
| GX 6N | | | | | Advance Concepts LLC deposit slips (full collection) |
| GX 6O | | | | | Advance Concepts LLC – summary of inflows/outflows |
| GX 7 | | | | | Check no. 24368, dated January 2, 2015, debited from HFR's Wells Fargo account ending in 5804, for $1,100, for "Suite 214 Office Maintenance for December 2014" |

| GX 8 | | | | | January 12, 2015 deposit of check from JFS III Inc. into bank account for Advance Concepts LLC, for approximately $800 |
|---|---|---|---|---|---|
| GX 9 | | | | | Check no. 25963, dated August 3, 2015, debited from HFR's Wells Fargo account ending in 5804 on August 4, 2015, for $1,100, for "Suite 214 Office Maintenance for July 2015" |
| GX 10 | | | | | August 7, 2015 deposit of check from JFS III Inc. into bank account for Advance Concepts LLC, for approximately $800 |
| **DOH / CCFP & DBPR DOCUMENTS** | | | | | |
| GX 11 | | | | | CCFP Fact Sheet |
| GX 12 | | | | | Sponsor Oversight Manual |
| GX 13 | | | | | CCFP Sponsor Procedure Manual |
| GX 14 | | | | | CCFP Governing Regulations 7 C.F.R. § 226 |
| GX 15A-15L | | | | | Income Eligibility Guidelines (2007-2018) |
| GX 16 | | | | | Free and Reduced Reimbursement Rates |
| GX 17 | | | | | Overview of HFR As Independent Sponsor |
| GX 18 | | | | | 8/31/2012 HFR Management Plan |
| GX 19A | | | | | MIPS How-To File a Claim |
| GX 19B | | | | | Sample Claim Filed |
| GX 20 | | | | | 2009-2010 HFR Sponsor Contract |
| GX 21 | | | | | 2011 HFR Permanent Sponsor Contract |
| GX 22 | | | | | 2011-2012 HFR Conflict of Interest Certification |
| GX 23 | | | | | 2013 HFR Executed Sponsor Agreement Renewal |
| GX 24 | | | | | 2013-2014 HFR Renewal Acceptance Letter |
| GX 25 | | | | | 2016-2017 HFR Renewal Acceptance Email |
| GX 26 | | | | | 2017 HFR Executed Sponsor Agreement Renewal |
| GX 27 | | | | | 2/20/16 HFR Conflict of Interest Certification |
| GX 28 | | | | | January 2017 HFR Code of Ethical Conduct |
| GX 30 | | | | | DOH Payment History to HFR |
| GX 31 | | | | | 2011 DOH Payment to HFR Summary |

4

| | | | | |
|---|---|---|---|---|
| **GX 32** | | | | 2012 DOH Payment to HFR Summary |
| **GX 33** | | | | 2013 DOH Payment to HFR Summary |
| **GX 34** | | | | 2014 DOH Payment to HFR Summary |
| **GX 35** | | | | 2015 DOH Payment to HFR Summary |
| **GX 36** | | | | 2016 DOH Payment to HFR Summary |
| **GX 37** | | | | 2017 DOH Payment to HFR Summary |
| **GX 40A** | | | | 2012 HFR Budget |
| **GX 40B** | | | | 2012 Projected Administrative Earnings |
| **GX 41A** | | | | 2013 HFR Budget |
| **GX 41B** | | | | 2013 Projected Administrative Earnings |
| **GX 42A** | | | | 2014 HFR Budget |
| **GX 42B** | | | | 2014 Projected Administrative Earnings |
| **GX 43A** | | | | 2015 HFR Budget |
| **GX 43B** | | | | 2015 Projected Administrative Earnings |
| **GX 44A** | | | | 2016 HFR Budget |
| **GX 44B** | | | | 2016 Projected Administrative Earnings |
| **GX 45A** | | | | 2017 HFR Budget |
| **GX 45B** | | | | 2017 Projected Administrative Earnings |
| **GX 46** | | | | FNS Financial Management Manual |
| **GX 47** | | | | HFR Advance Earnings Worksheet |
| **GX 48** | | | | HFR Emails regarding Adding Employees (Neal Margo) |
| **GX 49** | | | | 2012 DOH Emails Rejecting HFR Budget |
| **GX 50** | | | | 6/7/16 DOH Notice of Serious Deficiency Letter |
| **GX 51** | | | | 6/29/16 DOH Notice of Serious Deficiency Letter |
| **GX 52** | | | | 8/22/16 HFR Corrective Action Plan |
| **GX 53** | | | | 9/6/16 DOH Letter Approving Corrective Action Plan |
| **GX 54** | | | | 11/21/2016 HFR Management Plan |
| **GX 55** | | | | 12/20/2016 DOH Letter Regarding Bribes and Kickbacks |
| **GX 56** | | | | 2016-2017 Corrective Action Plan Correspondence |

| GX 57 | | | | | 2017-2018 Corrective Action Plan Correspondence |
|---|---|---|---|---|---|
| GX 58 | | | | | 2005 Serious Deficiency Executed by Ruballo |
| GX 60 | | | | | Chart of Enrollment of Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 61 | | | | | Chart of CCFP Funding to Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 62 | | | | | Bar Graph Comparing Enrollment and Funding to Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 63 | | | | | Bar Graph Comparing Free/Reduced/Non-Needy Children Served By Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 64 | | | | | Chart of Reimbursement per Enrollee for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 65 | | | | | Chart of Average Reimbursement per Enrollee per Month for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 66 | | | | | Bar Graph of Free-Reduced Ratio for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 67 | | | | | Scatter Plot Comparing HFR to Family Central (2012 to 2016) |
| GX 68 | | | | | Geographic Comparison of HFR to Family Central (2012 to 2016) |
| GX 69 | | | | | Box and Whisker Plot Comparing Free-Reduced Ratio for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 70 | | | | | Box and Whisker Plot Comparing Reimbursement per Enrollee for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 71 | | | | | Box and Whisker Plot Comparing ADP/Enrollment Ratio for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 72 | | | | | Spectrum Comparing Reimbursement per Enrollee for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 73 | | | | | Spectrum Comparing Free-Reduced Ratio for Florida CCFP Unaffiliated Sponsors (2012 to 2016) |
| GX 74 | | | | | DOH Analysis of HFR Free and Reduced Applications |
| GX 80 | | | | | 2012 Federal Funding to CCFP |
| GX 81 | | | | | 2013 Federal Funding to CCFP |
| GX 82 | | | | | 2014 Federal Funding to CCFP |
| GX 83 | | | | | 2015 Federal Funding to CCFP |
| GX 84 | | | | | 2016 Federal Funding to CCFP |
| GX 85 | | | | | 2017 Federal Funding to CCFP |

| | | | | |
|---|---|---|---|---|
| GX 86 | | | | CCFP Fund Theft Survey Executed by Ruballo |
| GX 90 | | | | 2012 HFR Board Certification |
| GX 91 | | | | 2013 HFR Board Certification |
| GX 92 | | | | 2014 HFR Board Certification |
| GX 93 | | | | 2015 HFR Board Certification |
| GX 94 | | | | 2016 HFR Board Certification |
| GX 95 | | | | January 2017 Board Certification |
| GX 96 | | | | April 2017 Board Certification |
| | | | | INTENTIONALLY LEFT BLANK |
| **SUNBIZ DOCUMENTS** | | | | |
| GX 100 | | | | Montoya Holdings |
| GX 101 | | | | Healthy Children Catering (Fictitious Name) |
| GX 102 | | | | Pelota Café and Pizzeria (Fictitious Name) |
| GX 103 | | | | Dixie Catering d/b/a David's Food and Fun |
| GX 104 | | | | A Tasty Meal LLC |
| GX 105 | | | | Home Run Café |
| GX 106 | | | | JAA Group Corp. |
| GX 107 | | | | Advance Concepts LLC |
| GX 108 | | | | Highland Food Resources, Inc. |
| | | | | INTENTIONALLY LEFT BLANK |
| **PHOTOGRAPHS AND DAVID RECORDS** | | | | |
| GX 150 | | | | Photograph of Sandra Ruballo |
| GX 151 | | | | Photograph of Ronaldo Ruballo |
| GX 152 | | | | Photograph of Michael Escobar |
| GX 153 | | | | Photograph of Emely Escobar |
| GX 154 | | | | Photograph of Eusebia Baires |
| GX 155 | | | | Photograph of Yudy Miranda |
| GX 156 | | | | Photograph of Veronica Cornavaca |

| GX 157 | | | | | Photograph of Sandy Marty |
|--------|--|--|--|--|---------------------------|
| GX 158 | | | | | Photograph of Amparo Osorio |
| GX 159 | | | | | Photograph of Joyce Maggio |
| GX 160 | | | | | Photograph of Maria Arce |
| GX 161 | | | | | Photograph of Andrea Rospigliosi |
| GX 162 | | | | | Photograph of Kandida Rinker |
| GX 163 | | | | | Photograph of Ofelia Cuadra Noriega |
| GX 164 | | | | | Photograph of Nohelia Tijerino |
| GX 165 | | | | | Photograph of Janet Fortuny Li |
| GX 166 | | | | | Photograph of Claudia Moseley |
| GX 167 | | | | | Photograph of Father Anthony Mulderry |
| GX 168 | | | | | Photograph of Patricia Rahmankhah |
| GX 169 | | | | | Photograph of Mark K. Logan |
| GX 170 | | | | | Photograph of Genoveva Duarte |
| GX 171 | | | | | Photograph of Salvatore Maggio |
| GX 172 | | | | | Photograph of Joseph Frank Spano III |
| GX 173 | | | | | Photograph of Neal Margo |
| GX 174 | | | | | Photograph of Carlos Montoya |
| GX 175 | | | | | Photograph of Javier Pena |
| GX 176 | | | | | Photograph of Christina Licourt |
| GX 177 | | | | | Photograph of Joel Mezquia |
| GX 178 | | | | | Photograph of Alexis Gonzalez |
| GX 179 | | | | | Photograph of Cristian Taglieri |
| GX 180 | | | | | Photograph of Maurice Douek |
| GX 181 | | | | | Photograph of John Olmo |
| | | | | | INTENTIONALLY LEFT BLANK |

| GX 190 – GX 197 | | | | | DAVID records – Carlos Montoya, Sandra Ruballo, Ronaldo Ruballo, Eusebia Baires, Michael Escobar, Anthony Mulderry, Genoveva Duarte |
|---|---|---|---|---|---|
| | | | | | INTENTIONALLY LEFT BLANK |
| **HFR SEARCH WARRANT EVIDENCE** | | | | | |
| GX 200 | | | | | HFR Search Warrant Photos |
| GX 201 | | | | | HFR Search Warrant Inventory Documents |
| GX 202 | | | | | 2014 Claims Swapping Inventory List |
| GX 203 | | | | | January 2017 letter from Sandra Ruballo to Mark K. Logan |
| GX 204 | | | | | February 2017 letter signed by Sandra Ruballo and Mark K. Logan |
| GX 205 | | | | | February 2017 letter to Bergman Hirsch signed by Sandra Ruballo |
| GX 206 | | | | | Checkbook records found in Sandra Ruballo's desk area |
| GX 207 | | | | | Checkbook records found in Sandra Ruballo's desk area |
| GX 208 | | | | | Records of $10,000 Promissory Note from HFR to Sandra Ruballo, and check to Sandra Ruballo dated 12/27/17, with interest payable at a rate of 0.5% per annum |
| GX 209 | | | | | Dixie Catering Organizational Chart |
| GX 210 | | | | | HFR Organizational Chart |
| GX 211 | | | | | Sandra Ruballo Job Description, Signed September 2016, and Health Benefits Plan for 2017-2018 |
| GX 212 | | | | | Sandra Ruballo payroll document |
| GX 213 | | | | | Sandra Ruballo Employee File |
| GX 214 | | | | | CAP re: Michael Escobar, signed by Sandra Ruballo, & Conflicts of Interest Certifications signed by |
| GX 215 | | | | | Michael Escobar Employee File |
| GX 216 | | | | | Procurement Conflict of Interest form signed by Sandy Marty, December 1, 2015 |
| GX 217 | | | | | Conflict of Interest and Ethics Policy Certifications – additional employees |
| GX 218A | | | | | Neal Margo Employee File |

| | | | | | |
|---|---|---|---|---|---|
| **GX 218B** | | | | | Neal Margo Job Description and Wage Documents |
| **GX 219** | | | | | Select Employee Salary Information - 2013 |
| **GX 220** | | | | | Eusebia Baires PARs and Timesheets |
| **GX 221** | | | | | Sandra Ruballo Driver License and HFR Debit Card |
| **GX 222** | | | | | West Coast Lease Application Signed by Sandra Ruballo, listing Carlos Montoya as a Reference |
| **GX 223** | | | | | February 2017 Staff Meeting Minute Notes |
| **GX 224** | | | | | 2016 CCFP Annual Training Manual |
| **GX 225** | | | | | Montoya/Healthy Children Catering High Priority Violations – November 9, 2016 Inspection |
| **GX 226** | | | | | Email from Sandra Ruballo to Richard Seligman, stating he is in breach of contract and asking for 24-hour fix |
| **GX 227** | | | | | USDA Fraud Hotline Information – call to report fraud, waste, conflicts of interest, bribes |
| | | | | | INTENTIONALLY LEFT BLANK |
| **CATERING DEFICIENCY REPORTS AND RELATED DOCUMENTS** | | | | | |
| **GX 250** | | | | | Letters to Sandra Ruballo re: Montoya Catering, found during HFR Search Warrant |
| **GX 251** | | | | | Catering Deficiency Reports re: Montoya Catering, 2012-2013, found during HFR Search Warrant |
| **GX 252** | | | | | Catering Deficiency Reports re: Montoya Catering, May 2014 – March 2016, found during HFR Search Warrant |
| **GX 253** | | | | | Catering Deficiency Reports re: Montoya Catering, November 2016, found during HFR Search Warrant |
| **GX 254** | | | | | Catering Deficiency Reports sent by Sandra Ruballo to Department of Health, 2015 |
| **GX 255** | | | | | Catering Deficiency Reports sent by Sandra Ruballo to Department of Health, 2016 |
| **GX 256** | | | | | Falsified Catering Deficiency Reports |
| | | | | | INTENTIONALLY LEFT BLANK |

| | | | | **FOODBORNE ILLNESS OUTBREAK DOCUMENTS** |
|---|---|---|---|---|
| **GX 270** | | | | 11/8/16 Ruballo Email re: Staph Outbreak |
| **GX 271** | | | | Ave Maria Foodborne Illness Worksheet |
| **GX 272** | | | | Kidtown Elementary Foodborne Illness Worksheet |
| **GX 273** | | | | Pictures of Staph-Infected Food from Meninho-Meninha |
| **GX 274** | | | | Pictures of Staph-Infected Food from Sheyes Daycare |
| **GX 275** | | | | DBPR Stop-Sale Order |
| **GX 276** | | | | DOH Lab Report re:Staph |
| **GX 277** | | | | DOH Outbreak Report |
| **GX 278** | | | | DOH National Outbreak Report |
| **GX 279** | | | | DBPR Investigation Observations |
| **GX 280** | | | | Montoya Falsified Lab Report |
| | | | | INTENTIONALLY LEFT BLANK |
| | | | | **CATERING DOCUMENTS** |
| **GX 300** | | | | Blank Attachments 8, 9, and 12 to Standard Catering Contract (conflicts certifications and independent price certification) |
| **GX 301** | | | | Catering Binder |
| **GX 302** | | | | B. Crosby Summary of Formal/Informal Competitive Procurement Information (color-coded summary chart) |
| **GX 303** | | | | Approved CCFP Caterer Lists, 2010-2017 |
| **GX 304** | | | | 9/17/2012 S. Ruballo email re removing bond requirement from catering contract |
| **GX 305** | | | | 9/24/2012 Miami-Dade Blanket Contract Bid Documents |
| **GX 306** | | | | 11/20/2012 Crosby-K. Schoen email re: Montoya Documents |
| **GX 307** | | | | 9/2013 emails – B.Crosby-Sandra Ruballo re West Coast advertisements & Montoya Attachment 7 Deficiency |
| **GX 308** | | | | 9/2013 emails re: West Coast advertising |
| **GX 309** | | | | 9/25/2013 West Coasat FY 2013-2014 bid/procurement documents |
| **GX 310** | | | | 9/30/2013 B. Crosby approval of C. Montoya West Coast blanket contract award |
| **GX 311** | | | | 9/22/2014 Broward/PBC Formal Bid Pickup Documents |

| | | | | | |
|---|---|---|---|---|---|
| **GX 312** | | | | | 9/23/2014 B. Crosby letter approving Montoya blanket contract for Broward/Palm Beach |
| **GX 313** | | | | | 12/11/2014 Complaint re: HFR / West Coast – S. Game |
| **GX 314** | | | | | 12/2014 emails attaching food pictures – sent to S. Ruballo |
| **GX 315** | | | | | 12/24/2014 email from S. Ruballo to B. Crosby acknowledging receipt of food service inspection reports by DBPR of Montoya Holdings, finding numerous high priority violations |
| **GX 316** | | | | | 9/29/2015 B. Crosby letter approving FY 2014-2015 Dade contract for Montoya Holdings |
| **GX 317** | | | | | 9/29/2015 email correspondence re: 1st Studio Arts |
| **GX 318** | | | | | 1st Studio Arts Bid documents (2015 Dade) |
| **GX 319** | | | | | 3/22/2016 email from J. Olmo to Sandra Ruballo declining request to participate in bidding; Attachment 7 signed by Carlos Montoya for March 2016 bid |
| **GX 320** | | | | | 7/7/2016 email from Sandra Ruballo to B. Crosby re Monroe County signed page 26 – dated 4/1/2016 |
| **GX 321** | | | | | B. Crosby memo to file re: S. Ruballo phone conversation |
| **GX 322** | | | | | 9/14/2016 S. Ruballo email cc: B. Crosby rejecting bid because not sealed (GA Foods) |
| **GX 323** | | | | | 9/15/2016 S. Ruballo emails to rejected caterers |
| **GX 324** | | | | | 9/27/2016 DOH email to Sandra Ruballo re: need for three bidders for competitive procurement |
| **GX 325** | | | | | Miami-Dade Renewal Contract FY 2016-2017 |
| **GX 326** | | | | | Broward-Palm Beach Renewal Contract FY 2016-2017 |
| **GX 327** | | | | | Monroe Renewal Contract FY 2016-2017 |
| **GX 328** | | | | | 9/21/2016 K. Schoen email chain |
| **GX 329** | | | | | 9/21/2016 K. Schoen email chain attaching photographs |
| **GX 330** | | | | | Video documenting food delivered from Montoya |
| **GX 331** | | | | | 11/8/2016 email from B. Crosby re instructions for temporary contracts to replace Montoya |
| **GX 332** | | | | | 11/14/2016 email indicating Mark Logan/Highland will send catering deficiency reports by COB and that HFR is working to submit amended budget and replace Montoya |
| **GX 333** | | | | | 11/23/2016 – Dixie Catering – first temporary contract signature page |
| **GX 334** | | | | | 1/25/2017 bid documents re: 11:00 a.m. Dixie Catering |

| GX 335 | | | | | Sponsor copy – executed catering contract for Dixie Catering 11:00 a.m. bid – signed by Sandra Ruballo and "Christian Taglieri" |
|---|---|---|---|---|---|
| GX 336 | | | | | 1/25/2017 bid documents re: 11:10 a.m. Dixie Catering |
| GX 337 | | | | | 3/14/2017 bid documents re: 11:05 a.m. re-bid (Dixie Catering does not win bid) |
| GX 338 | | | | | FY 2012-13+ Blanket Catering Contract signed by Sandra Ruballo and Carlos Montoya on July 18, 2013 |
| GX 339 | | | | | FY 2013-2014 sponsor copy of Blanket Catering Contract signed by Sandra Ruballo/HFR and Montoya Holdings in September 2013 |
| GX 340 | | | | | 7/17/2013 bid documents, Attachment 7 signed by C. Montoya |
| GX 341 | | | | | FY 2012-2013 Catering Contract |
| GX 342 | | | | | 9/30/2013 West Coast bid documents |
| GX 343 | | | | | FY 2014-2015 Dade Blanket Contract |
| GX 344 | | | | | West Coast Renewal Catering Contract FY 2014-2015 |
| GX 345 | | | | | May 2016 SR-CM Contract |
| GX 346 | | | | | FY 2016-2017 Blanket Contract Renewal |
| GX 347 | | | | | FY 2016-2017 Blanket Contract Renewal |
| GX 348 | | | | | FY 2016-2017 Blanket Contract Renewal |
| GX 349 | | | | | A Tasty Meal Price Schedules – 2018 |
| GX 350 | | | | | Letter to Carlos Montoya from Amparo Olstein and attached photographs |
| GX 351 | | | | | March 2017 Department of Health documents re: March 2017 T/A re: Montoya |
| GX 352 | | | | | 3/22/2017 Notice of Emergency Suspension – Carlos Montoya |
| GX 353 | | | | | 3/23/2017 DOH Order of Emergency Suspension of Carlos Montoya Catering Registration |
| GX 354 | | | | | 3/28/2017 B. Crosby email re: Montoya suspension to all CCFP contractors |
| GX 355 | | | | | 3/31/2017 DBPR Emergency Suspension |
| GX 356 | | | | | 6/8/2017 Stipulation and Consent Order |
| GX 357 | | | | | Montoya Deposition Transcript |
| GX 358 – GX 359 | | | | | Catering Spreadsheets |

| GX 360 – GX 365 | | | | | Montoya Catering Composite Exhibits |
|---|---|---|---|---|---|
| | | | | | INTENTIONALLY LEFT BLANK |
| **DIXIE CATERING (CRISTIAN TAGLIERI) BUSINESS RECORDS** | | | | | |
| GX 400 | | | | | 5/10/2017 email from Carlos Montoya to Cristian Taglieri re: sale of business, salaries, prices |
| GX 401 | | | | | March 16, 2017 DBPR inspection of Dixie Catering |
| GX 402 | | | | | Email from B. Crosby to Cristian Taglieri re: Dixie high priority violations |
| GX 403 | | | | | 9/28/2017 Attachment 7s signed by Ivelisse Taveras for Dixie Catering |
| GX 404 | | | | | Composite of signature pages – "Christian" Taglieri |
| GX 405 | | | | | Dixie Accounting Records: 8/2016; 11/2016; 12/2016 |
| GX 406 | | | | | Dixie Daycares income – 1/2017 and 2/2017 |
| GX 407 | | | | | 4/21/2017 Email from C. Taglieri to DBPR, attaching documents showing takeover of Montoya Hialeah kitchen |
| GX 408 | | | | | 4/9/2017 email from Montoya to C. Taglieri re: proposed sale terms |
| GX 409 | | | | | 6/1/2017 email from C. Taglier to Montoya re: sale price |
| GX 410 | | | | | CD – Excel Spreadsheets – Dixie Business Records |
| GX 411 | | | | | Contract for Sale – Dixie/Montoya |
| INTENTIONALLY LEFT BLANK | | | | | |
| **MONTOYA HOLDINGS RECORDS** | | | | | |
| GX 450 | | | | | Complaint log |
| GX 451 | | | | | December 2016 letter to Josh Phillips, signed by Carlos Montoya, stating that,"due to our financial hardship, we are unable to build a public bathroom." |
| GX 452 | | | | | January 2017 Montoya-Ruballo Agreement |
| | | | | | INTENTIONALLY LEFT BLANK |
| **BOARD OF DIRECTORS DOCUMENTS** | | | | | |
| GX 460 | | | | | 2017 Board of Directors Meeting Minutes |

| GX 461 | | | | | 2014 Board of Directors Certification |
|---|---|---|---|---|---|
| GX 462 | | | | | 3/23/2017 Patricia Rahmankhah Resignation Email |
| GX 463 | | | | | Patricia Rahmankhah – Sandra Ruballo Resignation-Related Text Messages |
| INTENTIONALLY LEFT BLANK | | | | | |
| **PHONE EXHIBITS** | | | | | |
| GX 500 | | | | | CD Containing Ruballo Phone Extraction |
| GX 501 | | | | | CD Containing Montoya Phone Extraction |
| GX 502 | | | | | CD Containing Miranda Phone Extraction |
| GX 503 | | | | | CD Containing Pena Phone Extraction |
| GX 510 | | | | | Notes from Ruballo's Phone (Excerpts) |
| GX 511 | | | | | Ruballo Messages with Miranda (from Ruballo Phone) |
| GX 512A-Z | | | | | Ruballo Messages with Ronny Ruballo (from Ruballo Phone) (Excerpts) |
| GX 513 | | | | | Ruballo Messages with Sal Maggio (from Ruballo Phone) |
| GX 514 | | | | | Ruballo Messages with John Olmo (from Ruballo Phone) |
| GX 515A-J | | | | | Ruballo Messages with Sandy Marty (from Ruballo Phone) (excerpts) |
| GX516A-B | | | | | Ruballo Messages with Christian Taglieri (from Ruballo Phone (English and Spanish) |
| GX 517A-Z | | | | | Ruballo Messages with Veronica Cournavaca (from Ruballo Phone (excerpts) |
| GX 518A-H | | | | | Ruballo Messages with Maria Arce (from Ruballo Phone) (excerpts) |
| GX 519A-B | | | | | Ruballo Messages with Neal Margo (from Ruballo Phone) |
| GX 520A-G | | | | | Ruballo Messages with Joshua Escobar (from Ruballo Phone (excerpts) |
| GX 521A-G | | | | | Ruballo Messages with Michael Escobar (from Ruballo Phone (excerpts) |
| GX 522 | | | | | Ruballo Deleted Messages with DOH Employee "E.W." (from Ruballo Phone) |
| GX 523A-Z | | | | | Ruballo Deleted Messages with Francisco Ponce (from Ruballo Phone) |
| GX 524A-B | | | | | Ruballo Deleted Messages with "Teresa M" (from Ruballo Phone) |
| GX 525 | | | | | Ruballo Messages with Patricia Ramankhah (from Ruballo Phone) |

| | | | | |
|---|---|---|---|---|
| **GX 526** | | | | Ruballo Messages with Aaron Moscowicz (from Ruballo Phone) |
| **GX 527** | | | | Ruballo Messages with "Kim Nails" (from Ruballo Phone (excerpts) |
| **GX 528A-D** | | | | Photographs from Ruballo's Phone |
| **GX 529** | | | | Ruballo Messages with Claudia Moseley (from Ruballo Phone) |
| **GX 530** | | | | Search History (from Ruballo Phone) |
| **GX 531** | | | | Ruballo Messages with Tommy Lamkin (from Ruballo Phone) |
| **GX 540** | | | | Contact Information for Ruballo (from Montoya Phone) |
| **GX 541** | | | | Montoya Messages with Ruballo 4840 Phone (from Montoya Phone) |
| **GX 542** | | | | Montoya Messages with Ruballo 6173 Phone "Sandra Personal" (from Montoya Phone) (English and Spanish) |
| **GX 543** | | | | Montoya Messages with Ruballo 4919 Phone (from Montoya Phone) (English and Spanish) |
| **GX 544A-B** | | | | Montoya Messages with Miranda (from Montoya Phone) (English and Spanish) |
| **GX 545A-B** | | | | Montoya Messages with Taglieri (from Montoya Phone) (English and Spanish) |
| **GX 546A-B** | | | | Montoya Messages with Pena (from Montoya Phone) (English and Spanish) |
| **GX 547 A-B** | | | | Montoya Messages with Rodriguez (from Montoya Phone) (English and Spanish) |
| **GX548A -C** | | | | Photographs from Montoya's Phone |
| **GX 560** | | | | Miranda Messages with Ruballo (from Miranda Phone) |
| | | | | INTENTIONALLY LEFT BLANK |
| **CELLULAR DATA EXHIBITS** | | | | |
| **GX 570 - 572** | | | | Pen Trap/Trace Summary Exhibits – Carlos Montoya and Sandra Ruballo Phone Activity |
| | | | | INTENTIONALLY LEFT BLANK |
| **FREE AND REDUCED APPLICATIONS** | | | | |
| **GX 580** | | | | Angeles Ruiz/child: Adriana Perez de la Blanca |
| **GX 581** | | | | Marthe Jackson/child: Christopher Jackson |
| **GX 582** | | | | Ingrid de Varona/child: Darien de Varona |

| GX 583 | | | | | Enrique Ramentol/child: Adrian Ramentol |
|--------|--|--|--|--|----------------------------------------|
| GX 584 | | | | | Free and Reduced Forms signed by Sandra Ruballo |
| | | | | | INTENTIONALLY LEFT BLANK |

### YUDY MIRANDA DOCUMENTS & OTHER EVIDENCE

| GX 600 | | | | | Yudy Miranda Plea Agreement |
|--------|--|--|--|--|-----------------------------|
| GX 601 | | | | | Yudy Miranda Factual Proffer |
| GX 602 | | | | | Photographs from search of Yudy Miranda residence |
| GX 603 | | | | | Photographs of USB |
| GX 604 | | | | | Montoya kickback log spreadsheets |
| GX 605 | | | | | Yudy Miranda bank records – Bank of America x0616 |
| GX 606 | | | | | Free and Reduced Priced Meal Application Forms classified by HFR employees including Yudy Miranda, Eusebia Baires, Amparo Osorio, K. Rinker, and others |
| GX 607 | | | | | Free and Reduced Priced Meal Application Forms – 2013-2014 (Fit Kids) |
| GX 608 | | | | | Gomez family Free and Reduced Priced Meal Application Forms |
| GX 609 | | | | | It's a Small World – Free and Reduced Price Meal Application Forms |

### EUSEBIA BAIRES DOCUMENTS & OTHER EVIDENCE

| GX 610 | | | | | Instructions for Completion: Back of Free and Reduced Price Meal Application Form |
|--------|--|--|--|--|----------------------------------------------------------------------------------|
| GX 611 | | | | | Free and Reduced Price Meal Application Forms from audit of It's A Small World Learning Center II Inc. – signed by "Eusebia Baires" on August 13, 2012 |
| GX 612 | | | | | Free and Reduced Price Meal Application Forms from audit of Ms. Claudia's Village Academy – signed by "Eusebia Baires" on September 14, 2012 |
| GX 613 | | | | | Free and Reduced Price Meal Application Forms from audit of Stars of the World #2 – signed by "Eusebia Baires" on November 9, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| **GX 614** | | | | | Free and Reduced Price Meal Application Forms from audit of It's A Small World Academy Inc. – signed by "Eusebia Baires" on August 12, 2013 |
| **GX 615** | | | | | Free and Reduced Price Meal Application Forms from audit of Our Little World Preschool – signed by "Eusebia Baires" in 2014 |
| **GX 616** | | | | | Free and Reduced Price Meal Application Forms from audit of Our Little World Preschool – signed by "Eusebia Baires" in March 2014 |
| **GX 617** | | | | | Summary/Composite of Eusebia Baires Travel Records vs. PARs, Timesheets and Free and Reduced Applications |
| **GX 618** | | | | | Signature Cards – Eusebia Baires Bank Accounts |
| **GX 619** | | | | | Summary Chart - Eusebia Baires Bank Records |
| **GX 620** | | | | | Check 456 signed by Eusebia Baires, for $2,495 |
| | | **FINANCIAL RECORDS AND SUMMARY CHARTS** | | | |
| **GX 621** | | | | | Wages reported to Department of Revenue for Carlos Montoya; Sandra Escobar Ruballo; Yudy Miranda; Eusebia Baires Soriano |
| **GX 622** | | | | | Summary of CCFP payments to Highland – 2011-2018 |
| **GX 623** | | | | | Summary of CCFP payments to Highland – 2011-2018: Yearly Funds Retained by Sponsor Summary |
| **GX 624** | | | | | Summary of Overpayments to Highland due to Alteration of Free and Reduced Applications, 2012-16 |
| **GX 625** | | | | | DOH Catering Payment Analysis, FY 11-17 [$16M] |
| **GX 626** | | | | | Summary of financial records: payments to Montoya for Blanket Catering Contracts, 12/24/12 – 2/13/17 [$13.69M] |
| **GX 627** | | | | | Composite of checks from HFR to Montoya, 12/24/12 – 2/13/17 |
| **GX 628** | | | | | Summary of payments to Dixie Catering from HFR, 12/22/16 – 8/16/17 [$962,387] |
| **GX 629** | | | | | Composite of checks from HFR to Dixie Catering |

| GX 630 | | | | | Summary of payments between Montoya and Dixie Catering, showing > $800,000 to Montoya from Dixie |
|---|---|---|---|---|---|
| GX 631 | | | | | Composite exhibit of photographs from Carlos Montoya phone (of checks) vs. bank records/actual checks |
| GX 632 | | | | | Summary: Cash withdrawals by Carlos Montoya and Javier Pena, 2012-2017 |
| GX 633 | | | | | Cash withdrawal slips from Montoya Holdings x2306 account – signed by Carlos Montoya |
| GX 634 | | | | | Summary – transfers from Carlos Montoya to Javier Pena, 2012 – 2017 |
| GX 635 | | | | | Summary – Javier Pena/Homerun Café Cash Withdrawals, 2012 – 2017 |
| GX 636 | | | | | Summary of Cash Deposits into Sandra Ruballo accounts, 2012 – 2017 |
| GX 637 | | | | | Total Summary of HFR-Related Payments to Sandra Ruballo – Salary, Kickbacks, etc., 2012 – 2017 |
| GX 638 | | | | | Summary of Kickback Logs (Ruballo Phone Notes and Montoya Kickback Log Spreadsheets), October 2012 – May 2013 |
| GX 639 | | | | | Summary – Estimate of Total Kickbacks |
| GX 640 | | | | | Kickback log and checks corroborating kickback amounts |
| GX 641 | | | | | Kickback log and check corroborating – Javier Pena |
| GX 642 | | | | | Claim records corroborating Montoya kickback log |
| GX 643 | | | | | Loan to Yudy Miranda for $2,100 from HFR, signed by Sandra Ruballo, in check dated May 30, 2013; and repayment checks from Yudy Miranda |
| GX 644 | | | | | Summary of payments from Carlos Montoya to Yudy Miranda (directly and for mortgage payments) |
| GX 645 | | | | | Composite –Ruballo phone note re: $5,854 payment to Montoya; checkbook from Ruballo's desk showing entry for check 5045, $5,854 to Montoya Holdings; and check no. 5045 from HFR x2249 account, signed by Ruballo, for $5,854 to Montoya Holdings, dated July 11, 2016 |

| GX 646 | | | | | Excerpt from Sandra Ruballo Wells Fargo account x3901 showing deposit of $886.00 on 12/14/2012 |
|---|---|---|---|---|---|
| GX 647 | | | | | Advance Concepts LLC and Sandra Ruballo Tax Records Summary Charts (two pages) |
| GX 648 | | | | | $4,000 cash deposit into Advance Concepts LLC – deposit slip initialed by Sandra Ruballo, June 2013 |
| GX 649 | | | | | $3,000 loan to Advance Concepts LLC from Sandra Ruballo, August 21, 2015; endorsed by Sandra Ruballo |
| GX 650 | | | | | 8/29/2017 payment to Spa Elements for $18,000; check signed by Sandra Ruballo, from Advance Concepts LLC |
| GX 651 | | | | | Payments from Claudia Moseley to Advance Concepts |
| GX 652 | | | | | $550 in donations from Father Anthony Mulderry |
| GX 653 | | | | | 12/13/2013 Deed for Sandra and Ronaldo Ruballo – Property in Cooper City, Florida; consideration of $375,000 recorded |
| GX 654 | | | | | Payments from Sandra Ruballo to American Title, >$67,000 |
| GX 655 | | | | | Payment of $10,000 from Sandra Ruballo to American Title |
| GX 656 | | | | | Check from Sandra Ruballo to Neal Margo for $2,000, for "forever debt" – August 1, 2012 |
| GX 657 | | | | | Pie Chart – debits from Sandra Ruballo x9596 account |
| GX 658 | | | | | Monthly Salaries – Select HFR Employees based on annual budgets |
| GX 659 | | | | | Summary of HFR employee salaries – based on budgets |
| GX 660 | | | | | Summary of HFR payments to Sniffen & Spellman |
| GX 661 | | | | | Composite of checks from HFR signed by Sandra Ruballo – to Sniffen & Spellman |
| GX 662 | | | | | Summary of Carlos Montoya / Montoya Holdings Tax Analysis (two pages) |
| GX 663 | | | | | March 2015 Montoya emails with Jorge Jordan re: taxes; "does not add up" |

| | | | | |
|---|---|---|---|---|
| **GX 664** | | | | March 2016 Montoya emails with Jorge Jordan re: taxes, and business records – expenses not documented |
| **GX 665** | | | | Carlos Montoya HUD-1 – Miramar Property [$1M] |
| **GX 666** | | | | Carlos Montoya HUD-1 – Pembroke Pines Property December 2015 |
| **GX 667** | | | | Carlos Montoya property records – 3925 SW 139th Avenue, Davie, Florida |
| **GX 668** | | | | Carlos Montoya property records – 2374 SW 125th Avenue, Miramar, Florida |
| **GX 669** | | | | Carlos Montoya Property Records – 3651 SW 139th Avenue, Miramar, Florida |
| **GX 670** | | | | Carlos Montoya Property Records – 3651 SW 139th Avenue, Miramar, Florida (deed; additional records) |
| **GX 671** | | | | Carlos Montoya Vehicle information records |
| **GX 672-673** | | | | Summary: inflows/outflows, Montoya Holdings |
| **GX 674-675** | | | | Summary: inflows/outflows, Highland Food Resources |
| **GX 676** | | | | Bank signature cards |
| | | | | INTENTIONALLY LEFT BLANK |
| **CERTIFIED IRS FORM 990s – HIGHLAND FOOD RESOURCES** | | | | |
| **GX 680 - 685** | | | | Form 990s – for tax years ending September 2012-2017 |
| | | | | INTENTIONALLY LEFT BLANK |
| **HFR ELECTRONICS** | | | | |
| **GX 690-700** | | | | Reports re: Electronics Seized during HFR Search Warrant |
| | | | | INTENTIONALLY LEFT BLANK |
| **YUDY ELECTRONICS** | | | | |
| **GX 705 - 710** | | | | Morales Report re Yudy Electronics provided to law enforcement on December 30, 2017 – USB, Hard Drive, etc.; and screen shots from Morales Report |