# EXHIBIT "A"

(11 Pages)

UNITED STATES OF AMERICA

Vs

SANDRA RUBALLO

CASE NO. 18-20393-MGC(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-MJ-03819-TORRES

UNITED STATES OF AMERICA

vs.

YUDY MIRANDA,

    Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
ACTING UNITED STATES ATTORNEY

BY: _____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501847
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132-2111
TEL: (305) 961-9213
EMAIL: Anne.McNamara2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| Yudy Miranda, | ) Case No. 17-MJ-03819-TORRES |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Jan. 25, 2012 - Sept. 9, 2017__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
**SEE ATTACHED AFFIDAVIT.**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Brian Lawson, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/18/2017__

_____
*Judge's signature*

City and state: __Miami, Florida__   Hon. Edwin G. Torres, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, Brian Lawson, having been duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent ("SA") with the United States Secret Services ("USSS") and have been since October 2013. In this role, I have participated in investigations, search warrants, and arrests pertaining to various economic crimes. I have also received extensive training in the proper investigative techniques for various offenses under Title 18, to include Sections 371, 1028A, 1029 and 1343. As an SA, I am an "investigative or law enforcement officer of the United States or of a state" within the meaning of Title 18, United States Code, Section 2510(7).

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause to support this criminal complaint against Yudy MIRANDA, for violations of Title 18, United States Code, Section 1349, that is, conspiracy to commit wire fraud. The information in this Affidavit is based on my personal knowledge and information provided to me by others, including other law enforcement personnel. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the investigation.

## BACKGROUND

3. The Child Care Food Program ("CCFP") is administered in Florida by the Department of Health ("DOH"), Bureau of Child Care Food Programs. Financial grants are awarded annually to the DOH from U.S. Department of Agriculture ("USDA"), Food and Nutrition Service ("FNS") to fund the entire CCFP. The purpose of the CCFP is to provide nutritious meals and snacks for underprivileged children in daycare centers located in the Southern District of Florida, and elsewhere. The CCFP is designed to ensure proper nutrition to young

children who receive a significant portion of their daily food intake in child care settings. As such, the CCFP provides children classified at or below a certain family income level with up to two (2) meals and one (1) snack, or two (2) snacks and one (1) meal per day, at a free or a reduced rate. Centers often contract with a sponsoring organization to process their paperwork for the CCFP, and submit it to DOH. In those situations, the sponsoring organization enters into an agreement with the DOH to operate the CCFP, and assumes administrative and financial responsibility for the CCFP on behalf of the center.

4. HFR Food Resources, Inc. ("HFR") is a CCFP sponsoring organization of more than two-hundred (200) child daycare centers operating in the Southern District of Florida. In this role, HFR processes the CCFP paperwork for the centers, and files monthly claims for meal reimbursements with DOH on behalf of the centers. The reimbursement rate is based on the total number of free, reduced and non-needy applications on file for the children enrolled in the daycare centers. Reimbursement is calculated on a sliding scale, with the largest reimbursement being for children at the daycare centers classified as free, then reduced, then non-needy. That rate is then multiplied by the number of meals served in each category, in order to determine the total reimbursement to the daycare center.

5. For daycare centers that use HFR as a CCFP sponsoring organization, HFR submits the monthly claims electronically, then the DOH issues electronic reimbursement payments to HFR. HFR in turn pays the daycare centers, less HFR's fee, which is approximately fifteen percent (15%) of the total monthly meal reimbursements. Thus, the size of HFR's payment derived from its sponsoring of a daycare center is driven, in part, by the number of meals claimed by daycare centers that are multiplied by a higher reimbursement rate for the free and reduced meals/snacks. HFR is solely funded by the CCFP, via funds wired electronically from the USDA, outside of the

state of Florida, to the CCFP, and then to HFR. From 2012 through 2016, HFR received a monthly average of $847,571 in electronic reimbursement payments from the USDA. During this same period, HFR received more than $3.9 million in fraudulently obtained funds from the CCFP.

6. As a sponsoring organizations, HFR also contracted with caterers to deliver meals to children at daycare centers under CCFP guidelines. As part of the process, HFR would solicit caterers through a bidding process, and select the lowest bidder. Once selected, the caterers would deliver meals for children at participating daycare centers, and ultimately be reimbursed by HFR under the terms of their agreement for the meals provided. "Catering Service 1" was one of the catering services that participated in the bidding process, and ultimately contracted with HFR, to provide meals under the CCFP to eligible students at participating daycare centers located in the Southern District of Florida. "Individual 1" was an owner and operator of Catering Service 1.

7. In addition to submitting monthly claims and contracting with caterers, the duties of CCFP sponsoring organizations such as HFR include approving free and reduced meal applications for children at the daycare centers, conducting inspections at the centers multiple times a year, and reviewing the centers' documentation that is ultimately used by the sponsoring organization to submit a monthly reimbursement claim to the USDA, through the DOH. Duties of HFR employees reviewing a daycare center's documentation include, among other things, approving or rejecting free and reduced lunch applications, reviewing meal count records and enrollment rosters, and confirming that children are accurately reflected on the CCFP forms as free, reduced or non-needy. Documentation that the CCFP sponsoring organization reviews as part of this oversight process includes, among other things, attendance records, meal disallowances, and reimbursement receipts.

## PROBABLE CAUSE

8.       Based on complaints received by the USDA, law enforcement began an investigation in 2016 into HFR and Catering Service 1. During the investigation, law enforcement interviewed several individuals familiar with HFR, including past and present employees. Multiple individuals stated to law enforcement that during monthly claims reviews, HFR employees would identify problems with the paperwork that daycare centers submitted to HFR, such as missing signatures, income amounts, food stamp numbers, meal count and attendance discrepancies, and bring them to the attention of HFR management.

9.       MIRANDA worked at HFR for more than a decade, most recently as a Program Coordinator. In this capacity, MIRANDA was one of the individuals who reviewed paperwork that had been identified by HFR employees as having problems. Multiple witnesses stated to law enforcement that MIRANDA knowingly and intentionally falsified the paperwork for daycare centers, to include adding food stamp numbers, falsifying signatures, and modifying reported family income levels, in order to qualify more children for free or reduced meals as part of the CCFP. This falsified paperwork was then used as the basis for an inflated final claim that was electronically submitted by HFR to the USDA, through the DOH. Multiple witnesses stated that MIRANDA was often overheard speaking on the phone to employees of the daycare centers about, among other things, the claims paperwork.

10.      Paperwork was also provided to law enforcement from the DOH as part of the investigation, including records from more than one hundred (100) daycare centers that utilized HFR as a sponsoring organization. Additionally, law enforcement obtained reports of surprise inspections conducted by the Florida Department of Child and Family Services ("DCFS") at many of these same centers, during the same time period. Law enforcement then compared the

4

documents submitted to the DOH by HFR with the DCFS inspection reports for the same daycare centers. In each instance, the DCFS inspection report listed fewer children present at the daycare center than the meals claimed by the center, through HFR, for purposes of CCFP reimbursement.

11. "Daycare Center 1" is one of the daycare centers located in Miami-Dade County that used HFR as a sponsoring organization. Several witnesses interviewed by law enforcement identified Daycare Center 1 as a center that MIRANDA oversaw paperwork for while at HFR. The CCFP claims for Daycare Center 1 were reviewed as part of the investigation. Law enforcement reviewed several free and reduced meal applications submitted by Daycare Center 1 in connection with the CCFP. A records check confirmed that several of the applications contained food stamp numbers that did not belong to any member of the listed child's household. The records also revealed that, in most instances, the claims submitted to the DOH for Daycare Center 1 far exceeded the children found by DCFS on site during surprise inspections, as detailed in the below chart.

| Date & Time of DCFS Inspection | Corresponding Claim Month | Meal Period based on time of DCFS Inspection | Average Meals Claimed with DOH for Claim Month & Relevant Meal Period | Children Present during DCFS Inspection | Meals Claimed in Excess of Children Present |
|---|---|---|---|---|---|
| 09/22/2014 - 01:22 PM to 04:16 PM | September 2014 | Afternoon Snack | 251 | 179 | 72 |
| 01/28/2015 - 11:45AM to 1:31PM | January 2015 | Lunch | 71 | 59 | 12 |
| 05/13/2015 - 11:01AM to 1:15PM | May 2015 | Lunch | 64 | 61 | 3 |
| 09/30/2015 - 1:06PM to 2:50PM | September 2015 | Afternoon Snack | 297 | 54 | 243 |
| 06/6/2016 - 10:45AM to 2:10PM | June 2016 | Lunch | 187 | 77 | 110 |
| 10/13/2016 - 10:10AM to 1:28PM | October 2016 | Lunch | 69 | 50 | 19 |
| 02/03/2017 - 9:30AM to 12:15PM | February 2017 | Lunch | 60 | 46 | 14 |
| 06/12/2017 - 9:45AM to 2:10PM | June 2017 | Lunch | 196 | 56 | 140 |
| 10/12/2017 - 2:00PM to 4:00PM | October 2017 | Afternoon Snack | 255 | 137 | 118 |

12. In addition to overseeing CCFP paperwork used by HFR to submit monthly claims, MIRANDA's duties at HFR also included, among other things, processing claims, conducting daycare inspections, recruiting daycare centers to use HFR as the CCFP sponsoring organization,

5

and conducting new enrollment and annual training for daycare centers that participated in the CCFP. Due to the close relationship with the daycare centers, MIRANDA recruited multiple daycare centers to pay MIRANDA on the side, while MIRANDA was still employed full time with HFR. In return, MIRANDA would prepare the daycare centers' paperwork prior to the claims being provided to HFR for final review and electronic submission to the DOH. Both current and former HFR employees, and current and former owners of daycare centers that participated in the CCFP program, told law enforcement that MIRANDA prepared CCFP paperwork for daycare centers, in exchange for monthly side payments. Daycare Center 1 was identified by multiple witnesses as one of the centers that MIRANDA had a side agreement with while working at HFR.

13. Financial analysis of MIRANDA's personal J.P. Morgan Chase ("JPMC") accounts ending in 5914 and 2032 revealed that from 2013 through 2015, MIRANDA received monthly payments from multiple daycare centers. Specifically, MIRANDA received a total of approximately $127,705 in checks from these centers. MIRANDA is the sole signatory on the JPMC account ending in 5914, into which checks totaling approximately $120,675 were deposited, made payable either to MIRANDA or to cash, and endorsed by MIRANDA. Additionally, approximately $7,000 in checks were deposited into the JPMC account ending in 2032, which is held jointly with MIRANDA and MIRANDA's child P.B., who was a minor during the relevant period of time. These checks were either made payable to MIRANDA, or endorsed by MIRANDA. None of the payments MIRANDA received from daycare centers in 2013 through 2015 were reported on MIRANDA's personal income tax returns, as required by federal law.

14. Additionally, from in or around April 2014 through in or around September 2015, approximately $14,000 in checks issued from Daycare Center 1 to MIRANDA's minor child P.B.

6

Case 1:18-cr-20040-JEM Document 1 Entered on FLSD Docket 12/19/2017 Page 9 of 11

were deposited into the JPMC account ending in 2032. According to records obtained from the Florida Department of Revenue, there were no wages reported for P.B. during that time period.

15. "Daycare Center 2" is another one of the daycare centers located in the Southern District of Florida that used HFR as a sponsoring organization, and had a side agreement with MIRANDA while MIRANDA was working at HFR. Law enforcement also conducted an interview with the former owner of Daycare Center 2, who stated that for approximately two (2) years, MIRANDA was paid monthly, by check, in exchange for preparing the center's CCFP claims paperwork. During this period, MIRANDA was also employed full time at HFR. A review of MIRANDA's financial records identified several checks written from Daycare Center 2, to MIRANDA, during the relevant period.

16. On or about December 6, 2017, DOH conducted a surprise inspection at Daycare Center 1. As part of the inspection, DOH reviewed meal counts and identified how many children were present at Daycare Center 1. DOH identified that there were approximately 255 meals present at Daycare Center 1, but only 199 children were physically at Daycare Center 1. The owner of Daycare Center 1 was asked about the discrepancy, and was unable to provide a valid reason for it. Upon completing their inspection, DOH employees left Daycare Center 1 at approximately 6:30 p.m. Thereafter, a review of phone records revealed that just six (6) minutes later, at approximately 6:36 p.m., someone using the phone number XXX-XXX-3747 called someone using the phone number XXX-XXX-3377. A records check revealed that the registered subscriber for XXX-XXX-3747 is the owner of Daycare Center 1, and the registered subscriber for XXX-XXX-3377 is MIRANDA.

17. Additionally, a review of phone records obtained during the course of the investigation reveal that during the surprise inspection, MIRANDA was in constant

7

17. Additionally, a review of phone records obtained during the course of the investigation reveal that during the surprise inspection, MIRANDA was in constant communication, via text message and other means, with the owner of Daycare Center 1. In these messages, MIRANDA and the owner of Daycare Center 1 discussed modifying the paperwork that was ultimately used to submit claims electronically to the USDA, through the DOH.

18. On December 7, 2017, law enforcement again retrieved the trash from MIRANDA's residence. An analysis of the contents revealed numerous meal count records, enrollment rosters, attendance records, and completed and partially-completed free and reduced meal CCFP applications from 2017, on which were listed food stamp numbers, and Personal Identifying Information ("PII") belonging to both parents and children. Some of the written information appeared to be modified. For example, some of the classifications on the enrollment rosters were scratched out and changed from "non-needy" to "free."

19. On or about December 11, 2017, law enforcement executed a search warrant of MIRANDA's residence. Inside, they recovered numerous electronic and paper items relevant to the scheme. Thereafter, a recorded post-*Miranda* interview was conducted, in which MIRANDA admitted to knowingly and willfully conspiring with other individuals at HFR, Catering Service 1, and elsewhere, to devise a scheme to defraud and to obtain money, by means of materially false pretenses, representations, and promises, knowing that such pretenses, representations, and promises were false. As part of the scheme, and as corroborated by text messages, phone records, banking records, business records, and other evidence, MIRANDA and her co-conspirators awarded catering contracts in Caterer 1 in exchange for kickbacks, and ultimately knowingly and intentionally inflated CCFP reimbursement claims to the DOH, in order to fraudulently obtain funds.

## CONCLUSION

20. Therefore, based on the information provided above, Your Affiant respectfully submits that there exists probable cause to believe that Yudy MIRANDA did knowingly, and with intent to defraud, agree with other persons to accomplish a common and unlawful plan to commit wire fraud, all in violation of Title 18, United States Code, Section 1349.

FURTHER AFFIANT SAYETH NAUGHT

_____
Brian Lawson, Special Agent
United States Secret Service

Sworn and subscribed before me this 18 day of December, 2017, in Miami, Florida.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA