# EXHIBIT "D"

(9 Pages)

UNITED STATES OF AMERICA

Vs

SANDRA RUBALLO

CASE NO. 18-20393-MGC(s)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18mj 2592 McAliley

UNITED STATES OF AMERICA

vs.

CARLOS MONTOYA,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

Respectfully submitted,

BENJAMIN G. GREENBERG
UNITED STATES ATTORNEY

BY: _____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501847
99 N.E. 4th Street, 6th Floor
Miami, Florida 33132-2111
TEL: (305) 961-9213
EMAIL: Anne.McNamara2@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Carlos Montoya, | ) | Case No. 18mj 2592 McAliley |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Jan. 25, 2012 - April 19, 2018,__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert Hawkeye Norman, Special Agent, USSS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/20/2018

_____
*Judge's signature*

City and state: Miami, Florida

Hon. Chris M. McAliley, U.S. Magistrate
*Printed name and title*

## AFFIDAVIT

I, Robert Hawkeye Norman, having been duly sworn, hereby depose and state as follows:

## AGENT BACKGROUND AND INTRODUCTION

1. I am a Special Agent ("SA") with the United States Secret Services ("USSS") and have been since May 2016. Prior to my employment with USSS, I served 15 years in the United States Marine Corps. In my role as an SA, I have participated in investigations, search warrants, and arrests pertaining to various economic crimes. I have also received extensive training in the proper investigative techniques for various offenses under Title 18, including Sections 371, 1028A, 1029 and 1343. As an SA, I am an "investigative or law enforcement officer of the United States or of a state" within the meaning of Title 18, United States Code, Section 2510(7).

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause to support this criminal complaint against Carlos MONTOYA, for violations of Title 18, United States Code, Section 1349, that is, conspiracy to commit wire fraud. The information in this Affidavit is based on my personal knowledge and information provided to me by others, including other law enforcement personnel. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the investigation.

## BACKGROUND

3. The Child Care Food Program ("CCFP") is administered in Florida by the Department of Health ("DOH"), Bureau of Child Care Food Programs. Financial grants are awarded annually to the DOH from U.S. Department of Agriculture ("USDA"), Food and Nutrition Service ("FNS") to fund the entire CCFP. The purpose of the CCFP is to provide nutritious meals and snacks for underprivileged children in daycare centers located in the Southern

District of Florida, and elsewhere. The CCFP is designed to ensure proper nutrition to young children who receive a significant portion of their daily food intake in child care settings. As such, the CCFP provides children classified at or below a certain family income level with up to two (2) meals and one (1) snack, or two (2) snacks and one (1) meal per day, at a free or a reduced rate. Centers often contract with a sponsoring organization to process their paperwork for the CCFP, and submit it to DOH. In those situations, the sponsoring organization enters into an agreement with the DOH to operate the CCFP, and assumes administrative and financial responsibility for the CCFP on behalf of the center.

4. HFR Food Resources, Inc. ("HFR") is a CCFP sponsoring organization of more than two-hundred (200) child daycare centers operating in the Southern District of Florida. In this role, HFR processes the CCFP paperwork for the centers, and files monthly claims for meal reimbursements with DOH on behalf of the centers. The reimbursement rate is based on the total number of free, reduced and non-needy applications on file for the children enrolled in the daycare centers. Reimbursement is calculated on a sliding scale, with the largest reimbursement being for children at the daycare centers classified as free, then reduced, then non-needy. That rate is then multiplied by the number of meals served in each category, in order to determine the total reimbursement to the daycare center.

5. For daycare centers that use HFR as a CCFP sponsoring organization, HFR submits the monthly claims electronically, after which the DOH issues electronic reimbursement payments to HFR. HFR in turn pays the daycare centers, less HFR's fee, which is a percentage of the total monthly meal reimbursements. Thus, the size of HFR's payment derived from its sponsoring of a daycare center is driven, in part, by the number of meals claimed by daycare centers that are multiplied by a higher reimbursement rate for the free and reduced meals/snacks. During the

2

relevant period, HFR was solely funded by the CCFP, via funds wired electronically from the USDA, outside of the state of Florida, to the CCFP, and then to HFR. From 2012 through 2016, HFR received a monthly average of $847,571 in electronic reimbursement payments from the USDA. During this same period, HFR received more than $3.9 million in funds from the CCFP. As described in more detail below, this $3.9 million was obtained through fraud.

6. Additional duties of CCFP sponsoring organizations such as HFR include approving free and reduced meal applications for children at the daycare centers, conducting inspections at the centers multiple times a year, and reviewing the centers' documentation that is ultimately used by the sponsoring organization to submit a monthly reimbursement claim to the USDA, through the DOH. Duties of HFR employees reviewing a daycare center's documentation include, among other things, approving or rejecting free and reduced lunch applications, reviewing meal count records and enrollment rosters, and confirming that children are accurately reflected on the CCFP forms as free, reduced or non-needy. Documentation that the CCFP sponsoring organization reviews as part of this oversight process includes, among other things, attendance records, meal disallowances, and reimbursement receipts.

7. As a sponsoring organization, HFR contracts with caterers to deliver meals to children at daycare centers under CCFP guidelines. Unreported cash kickbacks are not permitted under the CCFP catering guidelines. As part of the process, HFR solicits caterers through a bidding process, and select the lowest bidder. Once selected, the caterers deliver meals for children at participating daycare centers, and are ultimately reimbursed by HFR under the terms of their agreement for the meals provided.

8. Montoya Holdings, Inc. "Montoya Holdings," d/b/a Healthy Children Catering, was a Florida corporation incorporated on or about February 27, 2004, with a main office located

3

at 2620 West Second Avenue, Hialeah, Florida 33010, and a mailing address of 2374 SW 125th Avenue, Miramar, Florida 33027. Throughout the relevant period, MONTOYA was the owner and operator of Montoya Holdings. As such, MONTOYA oversaw the daily operation of Montoya Holdings. He was also a signatory on multiple Montoya Holdings, Healthy Children Catering, and related bank accounts.

9. Montoya Holdings was one of the catering services that participated in the bidding process, and ultimately contracted with HFR to provide meals under the CCFP to eligible students at participating daycare centers located in the Southern District of Florida. In return for providing such meals, Montoya Holdings was paid, via HFR, with CCFP funds.

## **PROBABLE CAUSE**

10. Based on complaints received by the USDA, law enforcement began an investigation in 2016 into HFR and Montoya Holdings. During the investigation, law enforcement interviewed several individuals familiar with HFR and Montoya Holdings, including past and present employees. Multiple individuals stated to law enforcement that during monthly claims reviews, HFR employees would identify problems with the paperwork that daycare centers submitted to HFR, such as missing signatures, income amounts, food stamp numbers, meal count and attendance discrepancies, and bring them to the attention of HFR management.

11. Paperwork was also provided to law enforcement from the DOH as part of the investigation, including records from more than one hundred (100) daycare centers that utilized HFR as a sponsoring organization, the majority of which HFR contracted with Montoya Holdings to provide catering services for. Additionally, law enforcement obtained reports of surprise inspections conducted by the Florida Department of Child and Family Services ("DCFS") at many of these same centers, during the same time period. Law enforcement then compared the

4

documents submitted to the DOH by HFR with the DCFS inspection reports for the same daycare centers. In each instance, the DCFS inspection report listed fewer children present at the daycare center than the meals claimed by the center, through HFR, for purposes of CCFP reimbursement.

12. As corroborated by, among other things, interviews with "Y.M.," a cooperating co-conspirator, banking records, business records, and documentation submitted to the DOH in furtherance of the scheme, the conspirators knowingly and intentionally falsified paperwork for children enrolled at daycare centers sponsored by HFR by adding food stamp numbers, falsifying signatures, and modifying reported family income levels, in order to qualify for more free and reduced meals as part of the CCFP. This materially false and fraudulent documentation was then used as the basis for the electronically submitted inflated final monthly reimbursement claims submitted by HFR owners and operators to the USDA, through the DOH.

13. The investigation further revealed that in September 2012, Montoya Holdings entered into a catering contract with HFR to provide meals under the CCFP to eligible students at participating daycare centers located in the Southern District of Florida. Such contracts between Montoya Holdings and HFR continued throughout the relevant period. As the owner and operator of Montoya Holdings, MONTOYA was in charge of negotiating the bidding process and securing contract arrangements with HFR owners and operators.

14. Records obtained by law enforcement during the investigation reveal that HFR paid Montoya Holdings more than $8 million in CCFP funds since the first catering contract was awarded in 2012. As corroborated by business records, banking documents, paperwork obtained from the DOH, and witness statements, MONTOYA's business was the contracted caterer for over 80% of HFR's daycare centers, ultimately servicing more than one hundred and fifty (150) daycare centers utilizing the CCFP program during the relevant period.

5

15. As part of the investigation, law enforcement conducted interviews with a cooperating co-conspirator. Such interviews revealed that in furtherance of the scheme, MONTOYA conspired with HFR owners and operators to rig the catering bid process through materially false and fraudulent representations to the CCFP. For example, co-conspirators at HFR knowingly and willfully accepted kickbacks from MONTOYA in exchange for knowingly and intentionally using false and fraudulent misrepresentations and pretenses regarding meal pricing, bid details, and inflated monthly reimbursement claims to repeatedly secure catering contracts for Montoya Holdings at participating CCFP centers that used HFR as a sponsoring organization. Additionally, MONTOYA knew that the unit price per meal submitted in the formal bid sent to the DOH by Montoya Holdings and HFR was higher than the actual unit price per meal borne by Montoya Holders. The difference between the represented inflated costs and the actual costs were used, in part, to fund monthly cash kickbacks paid from MONTOYA to HFR owners and operators.

16. As part of the scheme, and as further corroborated by banking records, business records, and other electronic and paper documents obtained by law enforcement during the investigation, such kickbacks were knowingly and willfully paid by MONTOYA to the conspirators monthly, in cash, and were calculated on a per meal basis. For example, in furtherance of the scheme, in or around April 2013, MONTOYA knowingly and willfully paid the owner and operator of HFR more than $25,000 in cash kickbacks. During this same month, MONTOYA knowingly and willfully received more than $152,000 in falsely and fraudulently obtained CCFP funds through HFR. The funds were wired electronically from the USDA, outside of the state of Florida, to the CCFP, then to HFR, and ultimately, to MONTOYA. The funds were then deposited into bank accounts controlled by MONTOYA.

17. Additionally, in December 2017, law enforcement arrested "Y.M.," a co-conspirator in connection with the investigation. Phone records obtained by law enforcement reveal that after the arrest, there were repeated and frequent communications via calls, text messages, and other means between phone numbers registered to MONTOYA and co-conspirators at HFR.

## CONCLUSION

18. Therefore, based on the information provided above, I respectfully submit that there exists probable cause to believe that Carlos MONTOYA did knowingly, and with intent to defraud, agree with other persons to accomplish a common and unlawful plan to commit wire fraud, all in violation of Title 18, United States Code, Section 1349.

FURTHER AFFIANT SAYETH NAUGHT

_____
Robert Hawkeye Norman, Special Agent
United States Secret Service

Sworn and subscribed before me this 207 day of April, 2018, in Miami, Florida.

_____
CHRIS M. MCALILEY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA